# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 20−10729−BFK
**Chapter** 13
**Adversary Proceeding Number** 20−01021−BFK
**Judge** Brian F. Kenney

**In re:** Michelle Hamilton Davy

Michelle Hamilton Davy

                         Plaintiff(s)

V.

Raphael A Davy Jr et al.

                         Defendant(s)

## NOTICE OF HEARING

A

*30* − Motion to Appoint Counsel as Attorney filed by Michelle Hamilton Davy. (Huntington, Dayna) has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:** July 14, 2020      **Time:** 09:30 AM

**Location:**

Judge Kenney's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314

Dated: June 30, 2020                                    For the Court,

[VAN022BKAPvDec2009.jsp]                               William C. Redden, Clerk
                                                       United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

Davy,
    Plaintiff

Adv. Proc. No. 20-01021-BFK

Davy, Jr,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: chandlerk     Page 1 of 1     Date Rcvd: Jun 30, 2020
                   Form ID: VAN022     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2020.
dft          +Betsy Devos,  U.S. Department Of Education,  400 Maryland Ave SW,   Washington, DC 20202-0008
dft          +Raphael A Davy, Jr,  PO Box 2943,  Peachtree City, GA 30269-0943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
pla          E-mail/Text: Michelle.dee@mail.com Jul 01 2020 06:47:36    Michelle Hamilton Davy,
        3160 Campbell Drive,   Fairfax, VA   22031
                                                                                                                     TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2020 at the address(es) listed below:
        Robert K. Coulter    on behalf of Creditor    United States of America robert.coulter@usdoj.gov,
          USAVAE.ALX.ECF.BANK@usdoj.gov;CaseView.ECF@usdoj.gov
                                                                                                 TOTAL: 1